IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| Sandra Brei<br><br>, <br>Plaintiff(s)<br>v.<br><br>Timothy Fullerton, DO d/b/a Mercer Primary Care, Primary Health Network, and Diana Keisel, LPN<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.:   1:16-cv-00241-BR |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __Sandra Brei__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _____.

Date: October 8, 2016

                                                  Dominic D. Salvatori
                                            *Signature of plaintiffs or plaintiff's counsel*

                                            310 Chestnut St., Room 101
                                            *Address*

                                            Meadville, PA 16335
                                            *City, State & Zip Code*

                                            412-343-7927
                                            *Telephone Number*